**MEMO ENDORSED**

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2021

**Abdul K. Hassan, Esq.**            Tel: 718-740-1000
Email: abdul@abdulhassan.com        Fax: 718-740-2000
*Employment and Labor Lawyer*        Web: www.abdulhassan.com

April 23, 2021

**Via ECF**

Hon. Valerie E. Caproni, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 443
New York , NY 10007
Tel: 212-805-6350

<u>Re: Hernandez v. Sharp Management Corp.</u>
Case No. 20-CV-04415 (VEC)(RWL)
Motion for Extension of Time

Dear Judge Caproni:

    My firm represents plaintiff in the above-referenced action, and I respectfully write with the consent of both parties to request a brief two-week extension of the April 23, 2021 deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement papers – a corresponding adjournment of the April 30, 2021 conference is also requested. No prior request for an extension of this deadline was made.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:    Defense Counsel via ECF

Application GRANTED. The parties' deadline to file their motion seeking approval of the settlement agreement is extended to **May 7, 2021**. To the extent necessary, the April 30, 2021 conference is adjourned to **May 14, 2021**. Counsel are warned to heed this Court's Individual Practices mandating that requests for extension be filed at least 48 hours in advance of the original deadline.

SO ORDERED.

*[Signature: Valerie Caproni]*    4/26/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE