UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

JULIO HERNANDEZ,                   :

                                  :

                 Plaintiff,  :

                                  :            20-CV-4415 (VEC)

              -against-        :

                                  :              ORDER

SHARP MANAGEMENT CORP.,     :

                                  :

                 Defendant.  :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 22, 2021, the parties informed the Court that they had reached a settlement of this action, which involves claims brought under the Fair Labor Standards Act (Dkt. 21);

WHEREAS on March 24, 2021, the Court ordered the parties, to the extent they wish to dismiss this action with prejudice, to file a joint letter motion no later than April 23, 2021, requesting that the Court approve the settlement agreement (Dkt. 23);

WHEREAS on April 23, 2021, the parties filed a joint letter requesting a two-week extension to file the joint letter motion seeking the Court's approval of the parties' settlement agreement (Dkt. 24);

WHEREAS on April 26, 2021, the Court granted the parties' request, extending the deadline to file to May 7, 2021, and stated that, to the extent the parties had not filed by May 7, 2021, the Court would hold a conference on May 14, 2021 (Dkt. 25); and

WHEREAS after emails from Chambers to counsel inquiring as to the status of their required filings, as of the date of this Order, the parties still have not filed their joint letter motion and settlement agreement;

IT IS HEREBY ORDERED that the parties must appear for a conference before the Court on **May 18, 2021, at 4:00 p.m.** The conference will be held in-person, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY. On account of the parties' failure to file a joint letter motion seeking approval of their settlement agreement, they must be prepared to discuss setting a trial date in this action.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client does not meet the requirements.

IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 4415#. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.


**SO ORDERED.**

Date:  **May 13, 2021**
      **New York, NY**                                **VALERIE CAPRONI**
                                              **United States District Judge**