# MEMO ENDORSED

## Abdul Hassan Law Group, PLLC
### 215-28 Hillside Avenue
### Queens Village, New York, 11427

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2021

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

May 14, 2021

Via ECF

Hon. Valerie E. Caproni, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 443
New York, NY 10007
Tel: 212-805-6350

<u>Re: Hernandez v. Sharp Management Corp.</u>
Case No. 20-CV-04415 (VEC)(RWL)
Motion to Adjourn Conference

Dear Judge Caproni:

My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request an adjournment sine die of the conference currently scheduled for May 18, 2021 at 10:00 a.m. – in light of the motion for settlement approval filed on May 14, 2021 at ECF No. 27. We were unable to file this request earlier because the parties were only able to resolve certain outstanding issues on May 14, 2021.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:     **Defense Counsel via ECF**

Application GRANTED.  The May 18, 2021 conference is ADJOURNED *sine die* pending the Court's review of the parties' motion for settlement approval.

SO ORDERED.

*Valerie Caproni*          5/17/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE